1 STEVEN G. KALAR
Federal Public Defender
2 ANGELA M. HANSEN
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant ADANANDUS

6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9 OAKLAND DIVISION

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | No. 12-CR-00116 YGR |
| 11 | Plaintiff, ) | STIPULATED REQUEST TO CONTINUE SUPERVISED RELEASE HEARING |
| 12 | v. ) | DATE TO MAY 16, 2013 AND **ORDER** |
| 13 | ) | |
| 14 | ARENA ADANANDUS, ) Defendant. ) | Hearing Date: April 18, 2013 |
| 15 | ) | |

16

17 The above-captioned matter is set on April 18, 2013 before this Court for a hearing on a

18 supervised release violation based on allegations in a Probation Form 12 Petition that Ms.

19 Adanandus violated the terms of her supervision by committing a new state offense. The parties

20 jointly request that the Court continue this supervised release matter to the Court's May 16, 2013

21 calendar for possible resolution of this matter.

22 In May 2011, Ms. Adanandus was convicted in the District of Nebraska for possession of

23 counterfeit securities. The court in that district sentenced her to approximately 9 months and to

24 three years of supervised release. In February 2012, jurisdiction was transferred to this judicial

25 district.

26 On December 31, 2012, the Probation Office submitted a Form 12 Petition alleging that

Stip. Req. To Continue Supervised Release Hearing,
No. CR-12-00116 YGR

Ms. Adanandus was arrested at a department store in San Francisco, California and charged with fraud and the unlawful use of identifying information. Because she was in custody, the Probation Office requested a warrant. Ms. Adanandus was released from state custody before the federal warrant was issued and, on January 14, 2013, she self-surrendered on this Court's warrant. The magistrate court released Ms. Adanandus on that same date.

It is respectfully requested that the Court set this matter over an additional month, until May 16, 2013. The first reason for this request is because Ms. Adanandus has an urgent doctor's appointment scheduled for Thursday afternoon. Second, this continuance will give the Government additional time to gather more information and discovery on the state case that is the basis for the Form 12 Petition. The parties have confirmed that the state case was dismissed but the government is in communication with the District Attorney who dismissed this case based on the Federal Form 12 and thus needs additional time to continue to investigate the charges to determine how to proceed on the Form 12. Additionally, this continuance will give the Probation Office and the parties sufficient time to negotiate any disposition that may be presented to the Court.

Because this case involves an allegation that Ms. Adanandus violated the terms of her supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not apply.

DATED: April 16, 2013    /S/
                         WADE RHYNE
                         Assistant United States Attorney

DATED: April 16, 2013    /S/
                         ANGELA M. HANSEN
                         Assistant Federal Public Defender

Stip. Req. To Continue Supervised Release Hearing,
No. CR-12-00116 YGR                           2

Ms. Adanandus was arrested at a department store in San Francisco, California and charged with fraud and the unlawful use of identifying information. Because she was in custody, the Probation Office requested a warrant. Ms. Adanandus was released from state custody before the federal warrant was issued and, on January 14, 2013, she self-surrendered on this Court's warrant. The magistrate court released Ms. Adanandus on that same date.

It is respectfully requested that the Court set this matter over an additional month, until May 16, 2013. The first reason for this request is because Ms. Adanandus has an urgent doctor's appointment scheduled for Thursday afternoon. Second, this continuance will give the Government additional time to gather more information and discovery on the state case that is the basis for the Form 12 Petition. The parties have confirmed that the state case was dismissed but the government is in communication with the District Attorney who dismissed this case based on the Federal Form 12 and thus needs additional time to continue to investigate the charges to determine how to proceed on the Form 12. Additionally, this continuance will give the Probation Office and the parties sufficient time to negotiate any disposition that may be presented to the Court.

Because this case involves an allegation that Ms. Adanandus violated the terms of her supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not apply.

DATED: April 16, 2013    /S/
                         WADE RHYNE
                         Assistant United States Attorney

DATED: April 16, 2013    /S/
                         ANGELA M. HANSEN
                         Assistant Federal Public Defender

# **ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 Petition has been filed alleging that Ms. Adanandus violated the terms of her supervised release;

2. Given that the government would like additional time to gather information concerning the state charges that were dismissed and are the basis for the Form 12 Petition and that the Government is communicating with the District Attorney who dismissed the charges;

3. Given that Ms. Adananudus has reported that she has an urgent doctor's appointment in the afternoon on April 18, 2013 that should not be rescheduled; and

4. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the April 18, 2013 supervised release violation hearing date is vacated and reset to May 16, 2013, at 2:00 p.m.

DATED: April 17, 2013

YVONNE GONZALEZ ROGERS
United States District Judge